THEODORE E. KELLEY v. STATE.

No. A-1115.    Opinion Filed August 26, 1912.

Appeal from Ottawa County Court;

W. Y. Quigley, Judge.

Theodore E. Kelley was convicted of violating the prohibitory law, and appeals. Affirmed.

O. F. Mason, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, Theodore E. Kelley, was convicted at the January, 1911, term of the county court of Ottawa county, on a charge of selling intoxicating liquor, and his punishment fixed at a fine of one hundred fifty dollars and imprisonment in the county jail for a period of sixty days. Upon a careful examination of the record we find no error sufficient to justify a reversal of this cause. The judgment of the trial court is therefore affirmed.

---

MRS. J. M. FOSSETT v. STATE.

No. A-929.    Opinion Filed September 3, 1912.

Appeal from Custer County Court;

R. P. Phillips, Special Judge.

Mrs. J. M. Fossett was convicted of a violation of the prohibition law and appeals. Affirmed.

Leroy Jones, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM: The plaintiff in error was convicted on an information which charged the unlawful possession of thirty-two pints of whisky and twelve bottles of beer, with the intent to sell the same, and was sentenced to be confined in the county jail for a period of thirty days and to pay a fine of three hundred and fifty dollars. The case was tried without a jury by consent of the parties. It is contended that the evidence is insufficient to support the findings and judgment of the trial court. On a careful examination of the record we are of the opinion that the appeal in this case is without merit. The judgment of the county court of Custer county is therefore affirmed.

---

ABE OGEE v. STATE.

No. A-1316.    Opinion Filed September 6, 1912.

Appeal from Superior Court, Pottawatomie County;

George C. Abernathy, Judge.

W. N. Maben and McClain Taylor, for appellant.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM: Appellant was convicted in the superior court of Pottawatomie county of assault and battery, and his punishment was assessed at a fine of five dollars. Judgment was rendered on the 18th day of February, 1911, but the appeal was not perfected by filing a transcript of the record in this court until the 17th day of August, 1911, which was long after the time allowed by law for perfecting the appeal. The appeal is therefore dismissed, and mandate will issue at once.